UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER WHEELER,

        Plaintiff,

        v.

WASHINGTON STATE *et al.*,

        Defendants.

Case No. C05-5765FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiff's motion to dismiss, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The court considers plaintiff's motion as a notice of dismissal pursuant to Fed. R. Civ. P. 41 (a). This action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff must still pay the filing fee in this case.

(3)     The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 21st day of <u>March</u> 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1